IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          CASE NO. 5:13-CR-50079-003

JACINTO FRIAS-GONZALES                                                DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 244) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on December 17, 2019. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 244) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion to Vacate (Doc. 237) is **DENIED and DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 8th day of January, 2020.

                                    /s/ Timothy L. Brooks
                                    TIMOTHY L. BROOKS
                                    UNITED STATES DISTRICT JUDGE